UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20459-CIV-GOLD-TURNOFF

MONTICELLO INSURANCE COMPANY,

      Plaintiff,

vs.

CITY OF MIAMI BEACH, *ET AL.*,

      Defendants.

_____/

ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY
JUDGEMENT; THE PARTIES MAY RENEW THE MOTIONS AT A LATER TIME

THIS CAUSE is before the Court *sua sponte.* On December 17, 2007, following

a telephonic status conference held on December 12, 2007, I entered an Order [DE 95]

holding Plaintiff's Motion for Summary Judgment [DE 29] and Defendants' Cross-Motion

for Summary Judgment [DE 40] in abeyance pending further order from this Court. The

reason for holding these matters in abeyance was the filing of an Amended Complaint

[DE 78] and an additional Counterclaim [DE 81], as well as the entry of an Amended

Scheduling Order [DE 85]. In my Order, I stated that either party could move the Court

to proceed on discrete, case dispositive issues. Neither party has done so. For

administrative reasons, it is appropriate at this time to dismiss these motions without

prejudice, allowing the parties to renew and/or amended these motions to reflect

changes in the Amended Complaint and additional Counterclaim.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1.      Plaintiff's Motion for Summary Judgment [DE 29] is DENIED WITHOUT

          PREJUDICE.

2.      Defendants' Cross-Motion for Summary Judgment [DE 40] is DENIED WITHOUT PREJUDICE.

3.      In accordance with the Amended Scheduling Order [DE 85], the parties may renew and/or amend these dispositive motions to address matters raised in the Amended Complaint and/or additional Counterclaim on or before **November 3, 2008.**

4.      Please see attached instructions on summary judmgent briefs, which reflect recent changes to this Court's Local Rules. <u>Failure to comply with these instructions may result in dismissal of Motions for Summary Judgment without prejudice to re-file in accordance with Local Rules and the attached instructions.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this ᴵᴵ day of March, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Turnoff
All counsel of record

# ***AMENDED INSTRUCTIONS, PLEASE READ CAREFULLY***

## INSTRUCTIONS FOR SUMMARY JUDGMENT BRIEFS

**The parties shall comply with the following instructions when filing summary judgment briefs:**

1. When filing a Motion for Summary Judgment, the moving party shall contemporaneously file a Local Rule 7.5 Statement of Undisputed Material Facts delineating by number each material fact, supported with citations to the record. **Failure to do so may result in dismissal of the Motion for Summary Judgment without prejudice.**

2. The opposing party shall file contemporaneously with its Opposition a Response to the Statement of Undisputed Material Facts which shall respond, by corresponding number, to each of the moving party's statements of fact. The opposing party shall state, based on citations to the record, whether each fact is disputed or undisputed. If the fact is disputed, the opposing party shall state why the dispute is a material one. If the opposing party wishes to state additional facts not included in the moving party's Statement of Undisputed Material Facts, those facts shall be delineated by number and supported by citations. **Pursuant to Local Rule 7.5 and Eleventh Circuit case law, a failure to respond to each of the moving party's undisputed material facts may lead the Court to accept those material facts as undisputed.** *See United States v. One Piece of Real Property Located at 5800 SW 74th Avenue*, 363 F.3d 1099, 1103 n.6 (11th Cir. 2004) (stating that a court , after reviewing the record and concluding that there is no genuine issue of material fact, may consider summary judgment movant's facts admitted if the facts are not controverted by the nonmoving party).

3. If the moving party chooses to reply to the nonmoving parties' statement of disputed facts, the reply shall, by corresponding number, respond to each of the opposing party's facts, stating whether each fact is disputed and/or material.

Pursuant to the Amendments to the Local Rules, effective January 17, 2008, the Statement of Material Facts submitted either in support of or in opposition to a motion for summary judgment shall:

    4.      <u>Consist of separately numbered paragraphs.</u>

    Statements of material facts submitted in opposition to a motion for summary judgment shall correspond with the order and with the paragraph numbering scheme used by the movant, but need not repeat the text of the movant's paragraphs. Additional facts which the party opposing summary judgment contends are material shall be numbered and placed at the end of the opposing party's statement of material facts; the movant shall use that numbering scheme if those additional facts are addressed in the reply.

    Local Rule 7.5(C)(3).