UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20459-CIV-GOLD-McALILEY

MONTICELLO INSURANCE COMPANY,

    Plaintiff,

vs.

CITY OF MIAMI BEACH, *ET AL.*,

    Defendants.
_____/

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REPLY;
SETTING TELEPHONIC STATUS CONFERENCE

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike Witness [DE 153].  Having reviewed the motion, and noting that Plaintiff does not object to the relief requested, it is hereby

ORDERED AND ADJUDGED:

1. The Motion [DE 153] is GRANTED.

2. Defendants should file and serve their Reply by August 26, 2008.

3. A telephonic status conference to discuss Defendants' Motion to Strike Plaintiff's Expert Witness [DE 148] is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom 11-, Eleventh Floor, 400 North Miami Avenue, Miami, Florida, **on Thursday, September 4, 2008 at 8:45 a.m.  All counsel and/or parties shall call 1-866-208-0348 on the above date and time.  Please refer to Conference ID #60837286 .  Please be prompt**.

1

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record