UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-20459-CIV-GOLD/MCALILEY

MONTICELLO INSURANCE COMPANY,
a Delaware Corporation,

    Plaintiff,

v.

CITY OF MIAMI BEACH; ISRAEL POLEYEFF,
as Personal Representative of Eugenie Poleyeff,

    Defendants.
_____/

## FINAL JUDGMENT

This matter came before the Court following the second phase of the bifurcated trial proceedings in the above-referenced action. A bench trial was held beginning October 13, 2009. In accordance with Federal Rules of Civil Procedure 52(a)(1) and 58, and for the reasons set forth by oral order entered of record on December 11, 2009, judgment is hereby entered against Plaintiff Monticello Insurance Company in the amount of $750,000.00, for which sum let execution issue forthwith in favor of Defendant Israel Poleyeff, as Personal Representative of Eugenie Poleyeff. I reserve ruling on prejudgment interest, attorney's fees and costs. Moreover, all findings of fact and conclusions of law stated of record shall be incorporated herein by reference.

                                                STEVEN M. LARIMORE
                                                CLERK OF COURT

                                                BY: _____
                                                    LYNN SUROWIEC
                                                    DEPUTY CLERK