UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-20459-CIV-GOLD/MCALILEY

MONTICELLO INSURANCE COMPANY,
a Delaware Corporation,

    Plaintiff,

v.

CITY OF MIAMI BEACH; and FREDERICA
BREAUX, as Administratrix of the
Estate of Zachary Charles Breaux,

    Defendants.
_____/

## FINAL JUDGMENT

This matter came before the Court following the second phase of the bifurcated trial proceedings in the above-referenced action. A bench trial was held beginning October 13, 2009. In accordance with Federal Rules of Civil Procedure 52(a)(1) and 58, and for the reasons set forth by oral order entered of record on December 11, 2009, judgment is hereby entered against Plaintiff Monticello Insurance Company in the amount of $5,000,000.00, for which sum let execution issue forthwith in favor of Defendant Frederica Breaux, as Administratrix of the Estate of Zachary Charles Breaux. I reserve ruling on prejudgment interest, attorney's fees and costs. Moreover, all findings of fact and conclusions of law stated of record shall be incorporated herein by reference.

STEVEN M. LARIMORE
CLERK OF COURT

BY: _____
LYNN SUROWIEC
DEPUTY CLERK